IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DALE B. ADAMS                                                                        PLAINTIFF

v.                                              Case No. 3:12-CV-03113

GEORGE BUSH, U.S. President; JOHN NEGROPONTE,
Director of National Intelligence; KEITH B. ALEXANDER,
Lt. General; ALBERTO GONZALES, U.S. Attorney General;
MICHAEL B. MUKASEY, U.S. Attorney General; ROBERT
MUELLER, U.S. Director – FBI; VALERIE CAPRONI,
Officer of General Counsel – FBI; ROBERT GATES, U.S.
Secretary of Defense; CONDOLEEZA RICE, U.S. Secretary
of State; MICHAEL CHERTOFF, U.S. Dept. of Homeland
Security Administrator; KAREN TANDY, Drug Enforcement
Agency Administrator; and ANY UNKNOWN NAMED
ESSENTIAL PARTIES                                                                  DEFENDANTS

**ORDER**

Currently before the Court are Plaintiff's motion (Doc. 10) for reconsideration and motion

(Doc. 11) to transfer.

Under Rule 60(b), a party may be relieved from an order of the Court under certain

enumerated circumstances, including the existence of "mistake, inadvertence, surprise, or excusable

neglect" or "any other reason that justifies relief." Fed. R. Civ. P. 60(b)(1) and (6).  Rule 60(b)

"provides for extraordinary relief which may be granted only upon an adequate showing of

exceptional circumstances." *United States v. Young*, 806 F.2d 805, 806 (8th Cir. 1986).  None of

the circumstances envisioned by Rule 60(b) for finding that reconsideration may be warranted are

present in this case, and relief is not otherwise justified.  The Court addressed Plaintiff's earlier

objections to the magistrate's Report and Recommendation in its order (Doc. 9) adopting the report

and recommendations.  Plaintiff's motion sets forth no comprehensible, new, compelling grounds

for the Court to amend that Order.

Plaintiff also moves to transfer all his pending civil cases to the U.S. District Court for the District of Columbia.  The Court cannot find that a transfer of this case would further the interests of justice at this time.  If Plaintiff wishes to dismiss this case and/or believes this Court lacks jurisdiction, he should file a succinct motion to dismiss.

For the reasons set forth above, IT IS ORDERED that Plaintiff's motion (Doc. 10) for reconsideration is DENIED.

IT IS FURTHER ORDERED that Plaintiff's motion (Doc. 11) to transfer is DENIED.

If Plaintiff wishes to continue pursuing this case in this Court, he is ordered to pay a $350.00 filing fee[1] by Monday, September 23, 2013.  Plaintiff is advised that if he fails to comply with this Order by that deadline, his Complaint will be dismissed without prejudice for failure to obey a court order.  No further motions for reconsideration will be considered in this case on this issue.  Any such motions that are filed will be summarily denied.

IT IS SO ORDERED this 16th day of September, 2013.

s/P. K. Holmes, III

P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE

---

[1] Although the fee is currently $400, the Court will order Plaintiff to pay the fee in effect at the time he filed his complaint in this case.